**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Senior Airman DARRYL L. BAKER III**
**United States Air Force**

**ACM 38756**

**8 October 2015**

Sentence adjudged 14 October 2014 by GCM convened at MacDill Air Force Base, Florida. Military Judge: Matthew S, Ward (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 6 months, and reduction to E-1.

Appellate Counsel for the Appellant: Captain Michael A. Schrama.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO), dated 29 Jan 2015 incorrectly states that Charge II is Article 34. The CMO also incorrectly states the wrong sentencing date. The court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are **AFFIRMED**.


FOR THE COURT

STEVEN LUCAS
Clerk of the Court

ACM 38756